**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION**

ROGER DALE SIPES                                                                                    PLAINTIFF

v.                                          NO. 3:14CV00116 JLH

MIKE DABNEY, Public Defender,
Mississippi County; and
DOE, Mississippi County Judge                                                            DEFENDANTS

## ORDER

    Roger Dale Sipes has given the Court notice that he wishes to dismiss this case. This action is therefore dismissed without prejudice. The Court certifies that an *in forma pauperis* appeal from this Order would not be taken in good faith.

    IT IS SO ORDERED this 8th day of May, 2014.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE