IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

ROGER DALE SIPES                                                                                    PLAINTIFF

v.                                        NO. 3:14CV00116 JLH

MIKE DABNEY, Public Defender,
Mississippi County; and
DOE, Mississippi County Judge                                                            DEFENDANTS

## JUDGMENT

Pursuant to the Order entered separately today, this action is dismissed without prejudice.

IT IS SO ORDERED this 8th day of May, 2014.

*/s/ J. Leon Holmes*
_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE